PEOPLE *v.* MARTINEZ. Appeal from Recorder's Court of Detroit, Thomas Poindexter, J. Submitted Division 1 June 10, 1971, at Detroit. (Docket No. 9870.) Decided October 28, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Richard G. Bogdanski,* Assistant Prosecuting Attorney, for the people.

*Gerald M. Lorence,* for defendant on appeal.

Before: LEVIN, P. J., and QUINN and V. J. BRENNAN, JJ.

PER CURIAM. The defendant, Frank Martinez, was convicted by a jury of possessing burglar's tools (MCLA § 750.116 [Stat Ann 1962 Rev § 28.311]) and appeals.

An examination of the record and briefs discloses no prejudicial error denying Martinez any substantial right.

Affirmed.